# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JSDQ MESH TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **S&C ELECTRIC COMPANY,** <br><br> Defendant. | Case No.: 1:16-cv-09860 <br><br> Honorable Robert M. Dow Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and in light of an agreement between Plaintiff JSDQ Mesh Technologies LLC and Defendant S&C Electric Company, Plaintiff and Defendant, hereby file this Stipulation dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 2, 2017

Respectfully submitted,

| | |
|---|---|
| /s/Benjamin T. Horton <br> Benjamin T. Horton <br> Tron Y. Fu <br> MARSHALL, GERSTEIN & BORUN LLP <br> 233 South Wacker Drive <br> 6300 Willis Tower <br> Chicago, IL 60606-6357 <br> Phone: (312) 474-6300 <br> Fax: (312) 474-0448 <br> bhorton@marshallip.com <br> tfu@marshallip.com <br><br> **Attorneys for Defendant S&C Electric Company** | /s/Timothy J. Haller <br> Timothy J. Haller <br> HALLER LAW PLLC <br> The Monadnock Building <br> 53 West Jackson Boulevard, Suite 1623 <br> Chicago, IL 60604 <br> Phone: (630) 336-4283 <br> haller@haller-iplaw.com <br><br> Gabriel I. Opatken <br> NOBLE IP LLC <br> 418 North Noble Street, Suite 4 <br> Chicago, IL 60642 <br> Phone: (773) 648-5433 <br> gabriel@nobleipllc.com <br><br> **Attorneys for Plaintiff, JSDQ Mesh Technologies LLC** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2017 the foregoing:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Benjamin T. Horton
Tron Y. Fu
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Phone: (312) 474-6300
Fax: (312) 474-0448
bhorton@marshallip.com
tfu@marshallip.com

***Attorneys for Defendant S&C Electric Company***

*/s/Timothy J. Haller*
***Attorneys for Plaintiff, JSDQ Mesh Technologies LLC***